1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **ERNEST MORGAN,** | Case No. 1:17-cv-00425-LJO-JLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART REQUEST TO AMEND THE CASE SCHEDULE** |
| v. | |
| | **(Doc. 36)** |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

The defendants seek an extension of time to file their motion for summary judgment. (Doc. 36) Their attorney reports that, due to inadvertence, she failed to calendar the deadline to meet and confer as required by the scheduling order. Id. at 3. The Court trusts that this type of error will not recur in the future. Thus, the Court **ORDERS**:

1. The request to extend the deadline to file the dispositive motion is **GRANTED in PART**. The deadline is extended to **July 28, 2018**. Counsel **SHALL** meet and confer, as required by the scheduling order, no later than **July 23, 2018**;

2. The hearing on the dispositive motion will occur no later than **August 22, 2018** at 8:30 a.m.

///
///
///

**Absolutely no other case deadlines are amended.**

IT IS SO ORDERED.

    Dated: __**July 11, 2018**__                        __**/s/ Jennifer L. Thurston**__
                                                                  UNITED STATES MAGISTRATE JUDGE