# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, JR.; C. BAKER; D. MEADOWS; J. SCHUTTE; P. GUZMAN; J. GOMEZ; J. GARCIA; J. MCNUTT; and, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 1:17-cv-00425-LJO-JLT<br><br>**ORDER RE JOINT STIPULATION FOR A 45-DAY EXTENSION TO COMPLY WITH THE COURT'S ORDER TO RESOLVE THE SETTLEMENT IN THIS MATTER AND DISMISS THE MATTER IN ITS ENTIRETY** |

Based upon the stipulation of the parties and good cause appearing, the parties' joint request for a 45-day extension to resolve the settlement in this matter and dismiss the matter in its entirety is GRANTED.

IT IS SO ORDERED.

    Dated:   **January 13, 2020**      /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE